MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAELANGELO SANCHEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 18-104 KJM
                Plaintiff,   )
                              ) STIPULATION AND [PROPOSED]
     v.   ) ORDER FOR TRAVEL FOR 6 HOURS,
                              )
MICHAELANGELO SANCHEZ,   ) Date:
                              ) Time:
            Defendant.   ) Judge: Hon. Magistrate Carolyn K. Delaney
===============================)

      Mr. Sanchez's special conditions of pre-trial release are found in ECF document 14.  Special Condition 13 requires Mr. Sanchez to wear a home electronic monitoring device and Special Condition 14 requires him to remain inside of his house, subject to certain limitations, unless approved by his pre-trial services officer.

      Mr. Sanchez would like to attend the high school celebration of a relative in Stockton at a location less than five miles from his own house.  The celebration will be from 5:00 p.m. to 11:00 p.m. on Saturday, June 2, 2018.  All details of the names of the relatives and the location of the celebration have been provided to pre-trial services and the government.

      The parties agree that Mr. Sanchez may be allowed to be out of his home from 5:00 p.m. to 11:20 p.m. on Saturday, June 2, 2018 (the additional 20 minutes is for travel time) and that his mother must accompany him at all times.

      IT IS HEREBY STIPULATED AND AGREED between the defendant Michaelangelo Sanchez, by and through his undersigned defense counsel, and the United States of America, by

-1-

and through its counsel, Assistant U.S. Attorney Amanda Beck, that Mr. Sanchez is allowed to be out of his home from 5:00 p.m. to 11:20 p.m. on Saturday, June 2, 2018 to attend the graduation celebration in Stockton. His mother must accompany him at all times

I have spoken to PTS Darryl Walker and he does not oppose returning this request.

Dated: May 30, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Michaelangelo Sanchez

Dated: May 30, 2018　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Amanda Sanchez
　　　　　　　　　　　　　　　　　　　　　　Amanda Sanchez
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders Mr. Sanchez is allowed to be out of his home from 5:00 p.m. to 11:20 p.m. on Saturday, June 2, 2018, to attend the graduation celebration in Stockton. Mr. Sanchez's mother must accompany him at all times

Dated: June 1, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE