MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAELANGELO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 18-104 KJM | |
| Plaintiff, ) | | |
| ) | STIPULATION AND | |
| v. ) | ORDER REGARDING | |
| ) | TEMPORARY APPROVAL | |
| MICHAELANGELO SANCHEZ, ) | FOR TRAVEL | |
| ) | | |
| ) | | |
| Defendant. ) | Judge: Hon. Kendall J. Newman | |
| _____ ) | | |

Defendant Michaelangelo Sanchez, by and through his undersigned attorney of record, and the United States of America, by and through undersigned Assistant U.S. Attorney Amanda Beck, hereby stipulate as follows:

1. Michaelangelo Sanchez is presently on supervised release.

2. His conditions of supervised release include a special condition of home detention – condition 14. (Dkt. No. 14.)

3. Mr. Sanchez seeks permission to spend Thanksgiving Day, Christmas Eve Day and Christmas Day with his family at his mother's house – the address has been provided to USPTS Walker.

4. The government does not oppose this temporary modification of release conditions.

1

5. Defense counsel has spoken to Mr. Sanchez's Pretrial Services Officer, Darryl Walker. Mr. Walker informed defense counsel that Mr. Sanchez has complied with all of his special and standard conditions for the past several months and he does not oppose this temporary modification of Mr. Sanchez's pre-trial release conditions.

6. The undersigned parties hereby stipulate that the Court may temporarily modify condition of release number 14. Mr. Sanchez is allowed to leave his own home and travel to his mother's house on Thanksgiving Day, Christmas Eve Day and Christmas Day. Mr. Sanchez may leave his house at 8:00 a.m. and he must be back inside his house by 10:00 p.m. on Thanksgiving Day and Christmas Day.

Dated: November 9, 2018                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Michaelangelo Sanchez

Dated: November 9, 2018                    McGREGOR SCOTT
United States Attorney

/s/ Amanda Beck
AMANDA BECK
Assistant U.S. Attorney

**[PROPOSED] ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE