MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAELANGELO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | | No. 18-cr-104 KJM |
| Plaintiff, ) | | |
| ) | | STIPULATION AND [~~PROPOSED~~] |
| v. ) | | ORDER REGARDING |
| ) | | DELETING HOME DETENTION |
| MICHAELANGELO SANCHEZ, ) | | CONDITION |
| ) | | |
| ) | | |
| Defendant. ) | | Judge: Hon. Alison Claire |
| _____) | | |

After consultation with Pre-Trial Services Officer Darryl Walker, defendant Michaelangelo Sanchez, by and through his undersigned attorney of record, and the United States of America, by and through undersigned Assistant U.S. Attorney Amanda Beck, hereby stipulate as follows:

1. Michaelangelo Sanchez is presently on supervised release.

2. His conditions of supervised release include home detention – condition 14. (Dkt. No. 14.)

3. The home detention condition can be deleted by the Court.

4. The government does not oppose this modification of release conditions.

5. Defense counsel has spoken to Mr. Sanchez's Pretrial Services Officer, Darryl Walker.  Mr. Walker informed defense counsel that Mr. Sanchez has complied with all of his

1

special and standard conditions for the past number of months and he does not oppose this modification of Mr. Sanchez's pre-trial release conditions.

Dated: April 29, 2019                Respectfully submitted,

                                     /s/ Michael D. Long
                                     MICHAEL D. LONG
                                     Attorney for Michaelangelo Sanchez


Dated: April 29, 2019                McGREGOR SCOTT
                                     United States Attorney

                                     /s/ Amanda Beck
                                     AMANDA BECK
                                     Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

Dated: April 29, 2019

                                     ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE